IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF VIRGINIA
DANVILLE DIVISION

| | | |
|---|---|---|
| CPFILMS, INC. | ) | Case No. 4:06CV00064 |
| Plaintiff, | ) | |
| | ) | **ORDER** |
| v. | ) | |
| BEST WINDOW TINTING, INC., | ) | By: Jackson L. Kiser |
| HARRY C. NELSON | ) | Senior United States District Judge |
| and | ) | |
| MICHAEL KOWALCYZK, | ) | |
| Defendants. | ) | |

For the reasons stated in the accompanying Memorandum Opinion, Plaintiff's Motion to Remand is **DENIED**. The Stay on these proceedings is hereby **LIFTED**.

The Clerk is directed to send a certified copy of this Memorandum Opinion and the attached Order to all counsel of record.

Entered this 18th day of December, 2006

                                                                  s/Jackson L. Kiser
                                                                  Senior United States District Judge

1